FILED
2007 Sep-26 PM 01:39
U.S. DISTRICT COURT
N.D. OF ALABAMA



IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| BRYAN FREDERICK, Administrator of the Estate of SABRA SUDBERRY, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) 6:02-CV-00752-HGD-LSC ) |
| WINSTON COUNTY SCHOOLS BOARD OF EDUCATION, | ) ) ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on September 7, 2007, recommending that the defendant's motion for summary judgment be granted and this cause be dismissed with prejudice. Plaintiff filed two objections on September 18, 2007.

Having carefully reviewed and considered *de novo* all the materials in the Court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED, except as follows: In place of the magistrate judge's finding that "it is clear from a preponderance of

the evidence . . . that defendant would have made the same decision even but for plaintiff's speech," (Doc. 39 at 32) this Court finds that it is clear from the undisputed evidence in the record—including evidence of budget cuts, projected special education student enrollment at the time of the decision, and Plaintiff's lack of seniority as the only non-tenured special education teacher—that no reasonable factfinder could find for the plaintiff and conclude that the defendant would not have made the same termination decision had she not engaged in her alleged protected speech. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendant is entitled to judgment as a matter of law. Accordingly, Defendant's motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. A Final Judgment will be entered.

  Done this <u>26th</u> day of <u>September 2007</u>.

L. SCOTT COOGLER<br>
UNITED STATES DISTRICT JUDGE<br>
139297